UNITED STATES DISTRICT COURT

JS-6

CENTRAL DISTRICT OF CALIFORNIA

VIVIANA YOANA SANTAFE-MORENO,

Petitioner,

v.

SEMAIA FERETI, et al.,

Respondents.

Case No. 5:26-cv-04687-PD

**JUDGMENT**

**A# 242-438-910**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted.

The Clerk of the Court is directed to close this case.

DATE: November 6, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge